Willie J. ZIMMERMAN, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7084.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ON MOTION

*ORDER*

Upon consideration of Willie J. Zimmerman's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

John P. MAKOBY, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7119.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ON MOTION

*ORDER*

Upon consideration of John P. Makoby's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.